IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| Terrell L. | : | Case No. 3:24-cv-029 |
| Plaintiff, | : | Judge Walter H. Rice |
| vs. | : | |
| Commissioner of Social Security | : | |
| Defendants. | : | |

**DECISION AND ENTRY SUSTAINING THE PARTIES JOINT MOTION TO REMAND (DOC. #8); CAPTIONED CAUSE REMANDED TO THE DEFENDANT, COMMISSIONER, FOR FURTHER PROCEEDINGS, PURSUANT TO SENTENCE FOUR OF 42 U.S.C. §405(g); JUDGMENT TO ENTER IN FAVOR OF PLAINTIFF AND AGAINST DEFENDANT HEREIN; TERMINATION ENTRY**

A joint motion of the parties herein, seeking an Order of the Court remanding the captioned cause to the Defendant, Commissioner, for further proceedings, pursuant to Sentence Four of 42 U.S.C. §405(g) (Doc.#8) is **SUSTAINED**.

Judgement is Ordered entered in favor of Plaintiff and against Defendant herein. Said judgment will reverse the Commissioner's decision under Sentence Four 42 U.S.C. §405(g), remanding the captioned cause to Defendant, Commissioner, for further proceedings, to wit: The Appeals Counsel will vacate all findings in the Administrative Law Judges Decision, allowing the Commissioner to develop the administrative record as necessary to determine whether Plaintiff is disabled within the meaning of the Social Security Act, and, in addition, provide Plaintiff with a

new hearing following by issuing a new decision.

The captioned cause is ordered terminated upon the docket records of the United States District Court for the Southern District of Ohio, Western Division, at Dayton.

Date: 4/16/2024

*[signature]*
**WALTER H. RICE**
**UNITED STATES DISTRICT JUDGE**

Copies:  Counsel of Record
Judge Kimberly A. Jolson